**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

UNITED STATES TRUSTEE

|  |  |
|---|---|
| **vs** | **CASE NO** 13-30325<br>**CHAPTER:** 11 |
| YTB INTERNATIONAL INC, ET AL | |
|  | **DATE**: May 06, 2014<br>**PLACE**: East St Louis |

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  Mark Skaggs                                    Appears

**COUNSEL FOR DEFENDANT:** Thomas Riske                          Appears

**PROCEEDINGS:**  1.)  Motion to Convert Case
                              2.)  Disclosure Statement

 **MINUTES OF COURT:**

Case is called for hearing on the United States Trustee's Motion to Convert Case, and the debtor's Disclosure Statement.  Mark Skaggs appears telephonically.  Steven Wallace appears on behalf of the Official Committee of Unsecured Creditors.  The hearing on the Motion to Convert Case and Disclosure Statement are continued to May 20, 2014, at 9:00 a.m. in the Bankruptcy Court, East St. Louis, IL.  No further notice to issue.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Kim Billhartz
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**