**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

UNITED STATES TRUSTEE

vs

YTB INTERNATIONAL INC, ET AL

**CASE NO** 13-30325
**CHAPTER:** 11

**DATE**: May 22 2014
**PLACE**: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Mark Skaggs    Appears

**COUNSEL FOR DEFENDANT:** Thomas Riske    Appears

**PROCEEDINGS:** 1.) Motion to Convert Case
2.) Disclosure Statement

**MINUTES OF COURT:**

Case is called for hearing on the United States Trustee's Motion to Convert Case, and the debtor's Disclosure Statement. Mark Skaggs appears telephonically. Steven Wallace appears on behalf of the Official Committee of Unsecured Creditors. The Motion to Convert Case is Granted and the case will proceed as a Chapter 7. The Disclosure Statement is moot, per the conversion.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Tim Foley
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**