Case Number **13–30325–lkg**

# UNITED STATES BANKRUPTCY COURT
## Southern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 3/1/13 and was converted to a case under chapter 7 on 5/20/14. You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations.**

**Debtor(s) name(s) and address:**
YTB International Inc

1901 East Edwardsville Road
Wood River, IL 62095

| **Case Number:** 13–30325–lkg | **ETIN:** 20–2181181 |
|---|---|
| **Attorney for Debtor(s) (name and address):**<br>Spencer P Desai<br>Desai Eggmann Mason LLC<br>7733 Forsyth Blvd<br>Suite 2075<br>St Louis, MO 63105<br>**Telephone number:** (314) 881–0800 | **Bankruptcy Trustee (name and address):**<br>Dana S Frazier<br>Chapter 7 Trustee<br>PO Box 159<br>Murphysboro, IL 62966<br>**Telephone number:** (618) 687–5707 |

### Meeting of Creditors:

**Date:** July 25, 2014    **Time:** 09:30 AM

**Location:**
US Trustee 341 Meeting Rm, Ground Floor Federal Building, 650 Missouri Ave, East St. Louis, IL 62201

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Secured Creditors

Secured creditors claiming security interest in assets are hereby directed to forward to the trustee before said meeting a copy of their security agreement with copies of supporting documents; i.e., UCC, vehicle titles, mortgages, etc., indicating the balance owing.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>**Telephone number:** 618–482–9400 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Donna N Beyersdorfer |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:30 PM | Date: 5/21/14 |

**SEVERE WEATHER OR HAZARDOUS ROAD CONDITIONS MAY NECESSITATE CANCELING SCHEDULED MEETINGS WHEN APPLICABLE, CONTACT THE TRUSTEE'S OFFICE AT (618) 687–5707 FOR STATUS OF MEETING.**

Carrying of firearms is prohibited. Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

## EXPLANATIONS

| | |
|---|---|
| Debtor Instructions | DEBTOR IDENTIFICATION REQUIRED AT 341 MEETING.  All debtors must bring two forms of identification: 1) a government issued photo ID (e.g. driver's license, passport); and 2) proof of debtor's social security number.  A driver's license does NOT qualify as proof of social security number.   Failure to do so may result in dismissal of your case. |
| | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request of the trustee, through a telephone interpreter service.  These services may not be available at all §341 meeting rooms. |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362.  Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side.  *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| | **Copies of the Bankruptcy Petition and Schedules are available from the Clerk, U.S. Bankruptcy Court at a cost of $0.50 per page.  Please send your request along with a pre–addressed postage paid envelope to the U.S. Bankruptcy Court at the address listed on the front side.** |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Creditor with a Foreign Address | Consult a lawyer familar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Case Information | Continuous updated case information can be obtained by calling the courts' Voice Case Information System (VCIS) at 1–866–222–8029. |
| **–– Refer to Other Side for Important Deadlines and Notices ––** ||