# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **YTB INTERNATIONAL, INC.,** | ) | **(Jointly Administered)** |
| **YTB, INC.,** | ) | |
| **YTB TRAVEL NETWORK, INC.,** | ) | **Case No. 13-30325** |
| **YOUR TRAVEL BIZ WORLDWIDE, INC.,** | ) | |
| **YTB TRAVEL NETWORK OF ILLINOIS, INC.,** | ) | |
| **YTB WORLDWIDE TRAVEL, INC.,** | ) | |
| | ) | |
| **Debtors.** | | |

## NOTICE OF CHANGE OF ADDRESSES

Debtors' attorney reports the following corrected addresses for creditor:

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Diane L. McGuire<br>147 Torremolinos<br>Rancho Mirage, CA  92270 | Diane L. McGuire<br>57 Camino Renal<br>Rancho Mirage, CA  92270 |
| | |

Respectfully submitted,

DESAI EGGMANN MASON LLC

By: /s/ *Spencer P. Desai*
    SPENCER P. DESAI (#6210319)
    THOMAS H. RISKE (#6301953)
    7733 Forsyth Boulevard, Suite 2075
    St. Louis, Missouri  63105
    (314) 881-0800
    Fax No. (314) 881-0820
ATTORNEYS FOR DEBTOR
YTB INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served on the persons who participate in the CM/ECF system of the United States Bankruptcy Court for the Southern District of Illinois on this 5th day of June, 2014.

                                                 /s/ *Spencer P. Desai*