# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| YTB INTERNATIONAL INC., | ) | Case No. 13-30325 |
| | ) | |
| Debtor. | ) | |

## MOTION TO DISMISS

COMES NOW Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Dismiss, states as follows:

1. The Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code on March 1, 2013. The Debtor's case was converted under Chapter 7 on May 20, 2014.

2. The Debtor failed to attend the original scheduled meeting of creditors on July 25, 2014. The original meeting of creditors was rescheduled for August 22, 2014.

3. The Debtor failed to attend the continued meeting of creditors on August 22, 2014. The Trustee again continued the meeting of creditors to September 19, 2014, pending an order on this motion.

4. The Trustee requests this case be dismissed pursuant to Local Rule 2003(f).

WHEREFORE, Trustee prays that Debtor's bankruptcy be dismissed for its failure to attend two Section 341 meeting of creditors pursuant to Local R. Bankr. P. 2003(f).

Dated: August 28, 2014

/s/ Dana S. Frazier
Dana S. Frazier, Trustee

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed to all parties who have NOT BEEN ELECTRONICALLY NOTIFIED this 28th day of August, 2014, with the correct postage prepaid and deposited in the U.S. Mail in Murphysboro, Illinois.

Spencer Desai, Debtor's attorney

YTB International Inc.
Attn.: Andrew Cauthen, Pres.
1901 E. Edwardsville Road
Wood River, IL  62095

U.S. Trustee

                                                /s/ Dana S. Frazier

Frazier Law Office, LLC
P.O. Box 159
Murphysboro, IL  62966
Phone:   (618) 687-5707
Fax:       (618) 687-5710
frazierlaw@frontier.com