**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DANA FRAZIER, TRUSTEE

**CASE NO** 13-30325
**CHAPTER:** 7

vs

YTB INTERNATIONAL INC

**DATE**: October 14, 2014
**PLACE**: East St Louis

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Dana Frazier          Appears

**COUNSEL FOR DEFENDANT:** Thomas Riske          Appears

**PROCEEDINGS:** Motion to Dismiss Case

**MINUTES OF COURT:**

Case is called for hearing on the trustee's Motion to Dismiss Case. The Motion is Granted and this case is dismissed.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Jacob Friederich
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**